**JUDGE STANTON**

**'07 CIV   7649**

Keith E. Sharkin (KS-1307)
Mimi K. Rupp (MR-0007)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
(212) 556-2100 (tel.)
(212) 556-2222 (fax)
Attorneys for Plaintiffs



RECEIVED AUG 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, ASA;<br>VOSS PRODUCTION, AS;<br>ENERGY GROUP, AS; and,<br>G ENERGY, INC.<br><br>                              Plaintiffs,<br><br>          v.<br><br>REVTECH, INC.,<br><br>                              Defendant. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs VOSS of Norway ASA; VOSS Production AS; and Energy Group, AS; all Norwegian corporations, and G Energy, Inc. a New York corporation, certifies that they have no parent corporation and that no publicly held corporation beneficially owns ten percent or more of their stock.

Dated:   New York, New York           Respectfully submitted,
         August 28, 2007

                                      KING & SPALDING LLP

                                      By: _____
                                      Keith E. Sharkin (KS-1307)
                                      Mimi K. Rupp (MR-0007)

                                      1185 Avenue of the Americas
                                      New York, New York 10036
                                      Tel: (212) 556-2100
                                      Fax: (212) 556-2222

                                      *Attorneys for Plaintiffs VOSS of Norway
                                      ASA; VOSS Production AS; ENERGY
                                      GROUP, AS; and, G ENERGY, INC.*

**OF COUNSEL**:

John ("Jack") Clifford, Esq.
MN Bar No. 134,181
**Merchant & Gould P.C.**
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Telephone: 612-332-5300
Facsimile: 612-332-9081
Email:    Jclifford@merchantgould.com

-and-

Luke Anderson, Esq.
GA Bar No. 018830
**Merchant & Gould P.C.**
133 Peachtree Street, N.E.
Suite 4900
Atlanta, Georgia 30303-1821
Telephone:  404-954-5100
Facsimile:  404-954-5099
Email:    Landerson@merchantgould.com

*Attorneys for Plaintiffs VOSS of Norway
ASA; VOSS Production AS;
ENERGY GROUP, AS; and,
G ENERGY, INC.*