UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS;
ENERGY GROUP, AS; and
G ENERGY, INC.,

Case No. 07 cv 7649

*RULE 7.1 DISCLOSURE STATEMENT*

*Plaintiffs*,

-against-

REVTECH, INC.,

*Defendant and Counterclaim Plaintiff,*

-against-

SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, BIG BLUE DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES,

*Additional Counterclaim Defendants.*

----------------------------------------X

Pursuant to local Rule 7.1, we hereby certify, based upon information provided by defendant, that the corporate defendant does not have any corporate or other parents, subsidiaries or affiliates, securities or other interests in which are publicly held.

Dated:    New York, New York
         September 19, 2007

HELLER, HOROWITZ & FEIT, P.C.

By: _____
       Alan A. Heller (AH-7942)
*Attorneys for Defendant*
292 Madison Avenue
New York, New York 10017
(212) 685-7600

TO:    **KING & SPAULDING, LLP**
       *Attorneys for Plaintiffs*
       1185 Avenue of the Americas
       New York, New York 10036
       (212) 556-2100

       **OF COUNSEL:**

       John ("Jack") Clifford, Esq.
       MERCHANT & GOULD, P.C.
       3200 IDS Center
       80 South 8th Street
       Minneapolis, MN 55402-2215
       (612) 332-5300

       Luke Anderson, Esq.
       MERCHANT & GOULD, P.C.
       133 Peachtree Street, N.E.
       Suite 4900
       Atlanta, Georgia 30303-1821
       (404) 954-5100