## CERTIFICATE OF SERVICE

I, Keith E. Sharkin, hereby certify that on October 12, 2007, I electronically filed the within and foregoing Plaintiff's Reply To Defendant's Counterclaims with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Alan A. Heller, Esq.
>Heller, Horowitz & Feit, P.C.
>292 Madison Avenue
>New York, New York 10017
>aaheller@hhandf.com
>***Counsel for Defendant RevTech, Inc.***

*/s/ Keith E. Sharkin*
Keith E. Sharkin