Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOSS OF NORWAY, A.S.A.;
VOSS PRODUCTIONS, AS;
ENERGY GROUP, AS; and
G ENERGY, INC.,

    Plaintiffs,

v.

REVTECH, INC.,

    Defendant and Counterclaim
    Plaintiff,

-against-

SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES,

    Additional Counterclaim
    Defendants.

Civil Action No.
07 Civ. 7649 (LLS)

NOTICE OF MOTION TO
ADMIT LUKE ANDERSON
COUNSEL PRO HAC VICE IN
THE ABOVE CAPTIONED
ACTION

{00188014.1}

2

PLEASE TAKE NOTICE that upon the affidavit of Luke Anderson in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Louis L. Stanton at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Luke Anderson, a member of the firm of Merchant & Gould and a member in good standing of the Bar of the State of Georgia, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel. Opposing counsel has no objection to this application.

Dated: New York, New York
      October _10_, 2007

Respectfully submitted,

KING & SPALDING LLP

_____
Keith E. Sharkin (KS-1307)

1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100 (phone)
(212) 556-2222 (fax)

*Counsel for Plaintiffs Voss of Norway ASA;*
*Voss Production AS; Energy Group AS; and,*
*G Energy, Inc.*

Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A., VOSS PRODUCTIONS, AS; ENERGY GROUP, AS; and G ENERGY, INC., | |
| Plaintiffs, | **Civil Action No.** **07 Civ. 7649 (LLS)** |
| v. | |
| REVTECH, INC., | |
| Defendant and Counterclaim Plaintiff, | **AFFIDAVIT OF** **KEITH E. SHARKIN** |
| -against- | |
| SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J.LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES, | |
| Additional Counterclaim Defendants. | |

## AFFIDAVIT OF KEITH E. SHARKIN

STATE OF NEW YORK    )
                     ss
COUNTY OF NEW YORK   )

Keith E. Sharkin, being duly sworn, deposes and says:

1. I am a member of the firm of King & Spalding LLP, attorneys for plaintiff VOSS of Norway, A.S.A. in the above-captioned case (the "Plaintiff").

2. I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Southern District of New York. I respectfully submit this affidavit in support of the application of Luke Anderson for an order, pursuant to Local Rule 1.3(c) of the Local Rules of this Court, admitting Luke Anderson of the law firm of Merchant & Gould, P.C., 133 Peachtree, N.E., Suite 4900, Atlanta, Georgia, 30303-1812 to the Bar of this Court to argue and try, in whole or in part, the above-captioned case on behalf of the Plaintiff.

3. The application for admission of Luke Anderson is annexed hereto. Mr. Anderson is duly admitted to practice in the State of Georgia. Mr. Anderson is in good standing as a member of the Bar of Georgia, as is certified by the Certificate of Good Standing dated October 3, 2007, issued by the State Bar of Georgia, annexed to the affidavit of Mr. Anderson.

4. Mr. Anderson is familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, he becomes subject to the disciplinary jurisdiction of this Court.

5. A proposed order is annexed hereto for the Court's convenience.

WHEREFORE, deponent respectfully requests that the motion for admission of Luke Anderson *pro hac vice* be granted.

_____
Keith E. Sharkin (KS-1307)

Sworn to before me this 11th
day of October, 2007

_____
Notary Public

1-30-2010

Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VOSS OF NORWAY, A.S.A.;**<br>**VOSS PRODUCTIONS, AS;**<br>**ENERGY GROUP, AS; and**<br>**G ENERGY, INC.,** | **Civil Action No.**<br>**07 Civ. 7649 (LLS)** |
| Plaintiffs, | |
| v. | |
| REVTECH, INC., | **AFFIDAVIT OF**<br>**LUKE ANDERSON** |
| Defendant and Counterclaim<br>Plaintiff, | |
| -against- | |
| SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR. NICHOLAS & CO. and NOBLE WINES, | |
| Additional Counterclaim<br>Defendants. | |

{00188014.1}

## AFFIDAVIT OF LUKE ANDERSON

|                | ) |
|----------------|---|
|                | ) |
| STATE OF GEORGIA | ) |
|                | ) |
| FULTON COUNTY  | ) |

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

Luke Anderson, being duly sworn, deposes and says:

1. I am a partner with the firm Merchant & Gould, P.C., 133 Peachtree Street, N.E., Suite 4900, Atlanta, Georgia, 30303-1812, attorneys for plaintiff VOSS of Norway A.S.A. in the above-captioned case (the "Plaintiff"). I submit this affidavit in support of my application for admission to the Bar of this Court *pro hac vice* to argue and try in whole or in part the above-captioned case on behalf of the Plaintiff.

2. I am duly admitted to practice in the State of Georgia, and have been admitted to the bars of the States of North Carolina and South Carolina. I am in good standing as a member of the State Bar of Georgia, as is certified by the annexed Certificate of Good Standing from the Supreme Court of Georgia, dated October 3, 2007. I have never been disciplined or disbarred in any Court.

3. I have not previously applied for admission to this Court *pro hac vice*.

4. I am fully familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, I become subject to the disciplinary jurisdiction of this Court.

WHEREFORE, I respectfully request that the motion for my admission *pro hac vice* be granted.

_____
Luke Anderson
GABA No. 018,330

STATE OF GEORGIA    )

COUNTY OF FULTON   )

On this __8th__ day of October, 2007, before me personally appeared to me known and known to me to be the person described in and who executed the foregoing instrument, and he duly acknowledged to me that he executed the same for the uses and purposes therein set forth..

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __February 22, 2011__

3



LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
  JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

October 3, 2007

I hereby certify that Stephen Luke Anderson, Esq., was admitted on the 30 th day of October, 2001, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*

Deputy Clerk, Supreme Court of Georgia

## CERTIFICATE OF SERVICE

I, Keith E. Sharkin, hereby certify that on this _11_ day of October, 2007, a true copy of the foregoing Notice of Motion and the Accompanying Affidavits of Keith E. Sharkin and Luke Anderson were served upon the following counsel of record by First Class mail:

>Alan A. Heller, Esq.
>Heller, Horowitz & Feit, P.C.
>292 Madison Avenue
>New York, NY 10017

Dated: New York, New York
    October _11_, 2007

_____
Keith E. Sharkin