**ORIGINAL**

Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 22 07

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A., <br> VOSS PRODUCTIONS, AS; <br> ENERGY GROUP, AS; and <br> G ENERGY, INC., <br><br>     Plaintiffs, <br><br>     v. <br><br> REVTECH, INC., <br><br>     Defendant and Counterclaim <br>     Plaintiff, <br><br>     -against- <br><br> SOUTHERN WINE & SPIRITS OF AMERICA, <br> REPUBLIC NATIONAL DISTRIBUTING <br> COMPANY, STARWOOD HOTELS AND <br> RESORTS WORLDWIDE, INC., FOUR <br> SEASON'S HOTELS, ALABAMA CROWN, <br> ALLAN S. GOODMAN, INC., <br> TRANSATLANTIC WINE AND SPIRITS, <br> CLASSIC WINE IMPORTS, J.LEWIS COOPER, <br> J&P WHOLESALE IMPORTS, R&R <br> MARKETING, MANHATTAN BEER <br> DISTRIBUTORS, INC., CAVALLARO <br> SPECIALTY FOODS, INC., EMPIRE <br> DISTRIBUTORS OF NORTH CAROLINA, <br> GALAXY WINE COMPANY LLC, ORIGLIO <br> BEVERAGE, WILSBACH DISTRIBUTORS, R.S. <br> LIPMAN CO., GLAZER'S WHOLESALE <br> DISTRIBUTOR, NICHOLAS & CO. and <br> NOBLE WINES, <br><br>     Additional Counterclaim <br>     Defendants. | **Civil Action No.** <br> **07 Civ. 7649 (LLS)** <br><br> **Stipulation and Order** <br> **on Consent** |

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 15(a) of the Federal Rules of Civil Procedure by and between the undersigned counsel for both parties, that the plaintiffs may serve and file their First Amended Complaint in the form attached hereto as Exhibit 1.

Nothing herein shall in anyway be deemed to be or construed as a waiver by Defendant of any rights or claims it has under the License Agreement dated December 17, 1999 or otherwise.

Dated:  October 18, 2007

Respectfully submitted,

KING & SPALDING LLP

Keith E. Sharkin (KS-1307)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
*Attorneys for Plaintiffs*

HELLER, HOROWITZ & FEIT, P.C.

Alan A. Heller, Esq. (AH-7942)
292 Madison Avenue
New York, New York 10017
Telephone: 212-685-7600
Facsimile: 212-696-9459
*Attorneys for Defendant*

So Ordered:

Dated: October 19, 2007

Louis L. Stanton
UNITED STATES DISTRICT JUDGE

- 2 -