

STANTON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS;　　　　　　　　　　Case No. 07 cv 7649 (LLS)
VOSS USA, INC.,
ENERGY GROUP, AS; and
G ENERGY, INC.,　　　　　　　　　　　　　*STIPULATION AND ORDER*

　　　　　　　　　　　*Plaintiffs,*
　　　　　-against-

REVTECH, INC.,

　　　　　　　　　*Defendant and Counterclaim*
　　　　　　　　　*Plaintiff,*

　　　　　-against-

SOUTHERN WINE & SPIRITS OF AMERICA,
REPUBLIC NATIONAL DISTRIBUTING
COMPANY, STARWOOD HOTELS AND
RESORTS WORLDWIDE, INC., FOUR
SEASON'S HOTELS, ALABAMA CROWN,
ALLAN S. GOODMAN, INC., TRANSATLANTIC
WINE AND SPIRITS, CLASSIC WINE IMPORTS,
J. LEWIS COOPER, J&P WHOLESALE
IMPORTS, R&R MARKETING, MANHATTAN
BEER DISTRIBUTORS, BIG BLUE
DISTRIBUTORS, INC., CAVALLARO
SPECIALTY FOODS, INC., EMPIRE
DISTRIBUTORS OF NORTH CAROLINA,
GALAXY WINE COMPANY LLC, ORIGLIO
BEVERAGE, WILSBACH DISTRIBUTORS, R.S.
LIPMAN CO., GLAZER'S WHOLESALE
DISTRIBUTOR, NICHOLAS & CO. and NOBLE
WINES,

　　　　　　　　　*Additional Counterclaim*
　　　　　　　　　*Defendants.*

------------------------------------------X

WHEREAS, pursuant to a Stipulation and Order on Consent, plaintiffs filed a First Amended Declaratory Judgment Complaint in the above captioned action; and

WHEREAS, the defendant intends to amend its counterclaims to include, *inter alia*, additional allegations of breach of the parties' License Agreement and the alleged termination thereof; and

WHEREAS, some of defendant's allegations of breach are the subject to a twenty day Notice to Cure dated November 1, 2007 which is not scheduled to expire until November 21, 2007; and

WHEREAS, defendant added twenty-two additional counterclaim defendants in its counterclaim that are allegedly Voss Product Distributors, *See* Answer and Counterclaim ¶52 ("Additional Counterclaim Defendants"); and

WHEREAS, in order to save the parties the time and expense of having to serve multiple pleadings and amended pleadings, or burdening one another with multiple amendments and responsive pleadings, the parties have agreed to coordinate and schedule the dates on which the parties must serve their pleadings and proposed amended pleadings.

NOW, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above captioned action, as follows:

1. Defendant shall have until **November 28, 2007** to serve its proposed Amended Answer and Amended Counterclaims on plaintiff's counsel together with a Stipulation and Order on Consent seeking the consent of the plaintiffs and the Additional Counterclaim Defendants to serve the Amended Answer and Amended Counterclaims (the "Consent").

2. In the event the parties execute the Consent, plaintiffs and the Additional Counterclaim Defendants shall have until **December 14, 2007** to serve their Reply to the

Amended Counterclaims.

3. In the event plaintiffs and/or the Additional Counterclaim Defendants do not agree to execute the Consent, plaintiffs and the Additional Counterclaim Defendants shall serve their Reply to the Amended Counterclaims as directed by the Court and/or in accordance with the Federal Rules of Civil Procedure.

Dated:   New York, New York
         November 16, 2007

KING & SPALDING LLP

By: /s/ Keith E. Sharkin
    Keith E. Sharkin (KS-1307)
*Attorneys for Plaintiffs*
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

HELLER, HOROWITZ & FEIT, P.C.

By: /s/ Alan A. Heller
    Alan A. Heller (AH-7942)
*Attorneys for Defendant*
292 Madison Avenue
New York, New York 10017
(212) 685-7600

SO ORDERED:

Dated: November 19, 2007

Louis L. Stanton
United States District Judge

3