Keith E. Sharkin (KS-1307)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
212.556.2100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, ASA;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS; and<br>G ENERGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>REVTECH, INC.<br><br>Defendant. | Civil Action No. 07-CV-7649 (LLS) |

### NOTICE OF MOTION TO ADMIT JOHN A. CLIFFORD
### PRO HAC VICE IN THE ABOVE CAPTIONED ACTION

PLEASE TAKE NOTICE that upon the affidavit of John A. Clifford in support of this motion and Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Louis L. Stanton at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York for an Order allowing the admission of John A. Clifford, a member of the firm of Merchant & Gould and a member in good standing of the Bar of Minnesota, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel.

Dated: November 19, 2007

Respectfully submitted,

Keith E. Sharkin (KS-1307)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
212.556.2100 (phone)
212.556.2222 (fax)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, ASA;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS; and<br>G ENERGY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>REVTECH, INC.<br><br>    Defendant. | Civil Action No. 07-CV-7649 |

### AFFIDAVIT OF KEITH E. SHARKIN

STATE OF NEW YORK  )

COUNTY OF NEW YORK  )

Keith E. Sharkin, being duly sown deposes and says:

1. I am a member of the firm King & Spalding LLP, attorneys for plaintiff VOSS of Norway A.S.A. in the above-captioned case (the "Plaintiff").

2. I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Southern District of New York. I respectfully submit this affidavit in support of the application of John A. Clifford for an order, pursuant to Local Rule 1.3(c) of the Local Rules of this Court, admitting John A. Clifford of the law firm Merchant & Gould, P.C., 3200 IDS Center, 80 S. 8th Street, Minneapolis, Minnesota 55124, to the Bar of this Court to argue and try, in whole or in part, the above-captioned case on behalf of the Plaintiff.

3. The application for admission of John A. Clifford is annexed hereto. Mr. Clifford is duly admitted to practice in the State of Minnesota. Mr. Clifford is in good

standing as a member of the Bar of Minnesota as certified by the Certificate of Good Standing from the Supreme Court of Minnesota date November 9, 2007, annexed to the affidavit of Mr. Clifford.

4. Mr. Clifford is familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, he becomes subject to the disciplinary jurisdiction of this Court.

5. A proposed order is annexed hereto for the Court's convenience.

WHEREFORE, deponent respectfully requests that the motion for admission of John Clifford *pro hac vice* be granted.

Respectfully submitted,

*/s/ Keith E. Sharkin*

Keith E. Sharkin (KS-1307)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
212.556.2100 (phone)
212.556.2222 (fax)

Sworn to me this __19__ day of November 2007

*/s/*

1-30-2010

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, ASA;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS; and<br>G ENERGY, INC.<br><br>　　　　　Plaintiffs,<br><br>　　　　V.<br><br>REVTECH, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-CV-7649<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JOHN A. CLIFFORD

STATE OF MINNESOTA　)

COUNTY OF HENNEPIN　)

John Clifford, being duly sworn, deposes and says:

1. I am a shareholder with the firm Merchant & Gould P.C., 3200 IDS Center, 80 S. 8th Street, Minneapolis, Minnesota 55124, attorney for plaintiff VOSS of Norway A.S.A. in the above-captioned case (the "Plaintiff"). I submit this affidavit in support of my application for admission to the Bar of this Court *pro hac vice* to argue and try, in whole or in part the above-captioned case on behalf of the Plaintiff.

2. I am duly admitted to practice in the State of Minnesota and have been admitted to the bar in the states of Minnesota and Arizona. I am in good standing as a member of the State Bar of Minnesota, as is certified by the annexed Certificate of Good Standing from the Supreme Court of Minnesota, dated November 9, 2007. I have never been disciplined or disbarred in any Court.

3. I have previously applied for admission to this Court *pro hac vice* in a prior case for the plaintiff.

4. I am fully familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, I become subject to the disciplinary jurisdiction of this Court.

WHEREFORE, I respectfully request that the motion for my admission *pro hac vice* be granted.

Dated: _Nov 16, 2007_            _John A Clifford_
                                  John A. Clifford

STATE OF MINNESOTA    )

COUNTY OF HENNEPIN    )

On this _16_ day of November, 2007, before me personally appeared to me known and known to me to be the prson described in and who executed the foregoing instrument, and he duly acknowledged to me that he executed the same for the uses and purposes therein set forth.

_K. L. Kunkel_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _Jan. 31, 2010_

K. L. KUNKEL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

2



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN A CLIFFORD

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 30, 1981

Given under my hand and seal of this court on

November 09, 2007

*Fredrick K. Grittner* (signature)
Fredrick K. Grittner
Clerk of Appellate Courts

Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VOSS OF NORWAY, A.S.A., VOSS PRODUCTIONS, AS, ENERGY GROUP, AS; and G ENERGY, INC.,<br><br>                              Plaintiffs,<br><br>v.<br><br>REVTECH, INC.,<br><br>                              Defendant. | 07 Civ. 7649 (LLS)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE OF JOHN A CLIFFORD<br>ON WRITTEN MOTION** |

Upon the motion of Keith E. Sharkin, attorneys for plaintiffs and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDER THAT**

| | |
|---|---|
| Applicant's Name: | John A. Clifford |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612.332.5300 |
| Fax Number: | 612.332.9081 |
| Email Address: | jclifford@merchantgould.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: November___, 2007

_____
Honorable Louis L. Stanton
United States District Judge

## CERTIFICATE OF SERVICE

I, Keith E. Sharkin, hereby certify that on this 19th day of November, 2007, a true copy of the foregoing Notice of Motion and the Accompanying Affidavits of Keith E. Sharkin and John A. Clifford were served upon the following counsel of record by First Class mail:

> Alan A. Heller, Esq.
> Heller, Horowitz & Feit, P.C.
> 292 Madison Avenue
> New York, NY 10017

Dated: New York, New York
November 19, 2007

_____
Keith E. Sharkin