Keith E. Sharkin (KS-1307)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VOSS OF NORWAY, A.S.A., VOSS PRODUCTIONS, AS, ENERGY GROUP, AS; and G ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REVTECH, INC., <br><br> Defendant. | 07 Civ. 7649 (LLS) <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF JOHN A CLIFFORD ON WRITTEN MOTION** |

Upon the motion of Keith E. Sharkin, attorneys for plaintiffs and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDER THAT**

| | |
|---|---|
| Applicant's Name: | John A. Clifford |
| Firm Name: | Merchant & Gould |
| Address: | 3200 IDS Center |
| | 80 South Eighth Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612.332.5300 |
| Fax Number: | 612.332.9081 |
| Email Address: | jclifford@merchantgould.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~November~~ ___, 2007
*December 20, 2007*

_____
Louis L. Stanton
Honorable Louis L. Stanton
United States District Judge