*STANTONS.*

**□ ORIGINAL**

Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
Phone: (212) 556-2100
Facsimile: (212) 556-2222
Email: ksharkin@kslaw.com
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08
```

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, ASA;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS: and,<br>G ENERGY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>REVTECH, INC. and<br>DECO PATENTS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07 Civ. 7649 (LLS)

**STIPULATION
AND PROPOSED ORDER**

        IT IS HEREBY stipulated and agreed by and between the parties as follows:

        1.        Plaintiffs may file the proposed Second Amended Complaint attached to this Stipulation as Exhibit A.

        2.        On or before January 10, 2008, Defendant will file its Answer to the Second Amended Complaint and Counterclaims.

        3.        Deco Patents, Inc. agrees to personal jurisdiction in this District and agrees to personal service via its undersigned attorney.

2845947

4.    Jack Clifford and Merchant & Gould, the undersigned counsel for

Plaintiffs, agree to accept service of the Answer to Second Amended Complaint and

Counterclaim on behalf of the Counterclaim Defendants who were named in the original

Counterclaim.


Dated: January _9_, 2008

KING & SPALDING LLP

Keith E. Sharkin
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: ksharkin@kslaw.com

*Attorneys for Plaintiffs*

HELLER HOROWITZ & FEIT, P.C.

Alan A. Heller    (AH-7942)
292 Madison Avenue
New York, NY 10017
Telephone: (212) 685-7600
Facsimile: (212) 696-9459
Email: aaheller@hhandf.com

*Attorneys for Defendants*
*REVTECH, INC.* and
*DECO PATENTS, INC.*


**OF COUNSEL:**
John A. Clifford
**Merchant & Gould, P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
Email: jclifford@merchantgould.com


2845947

Regina V. Culbert
**Merchant & Gould**
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200
Facsimile: (206) 342-6201
Email: rculbert@merchantgould.com

*Attorneys for Plaintiffs
and Counterclaim Defendants*


Dated: January 11, 2008.          So Ordered:


                                  _Louis L. Stanton_
                                  Louis L. Stanton
                                  UNITED STATES DISTRICT JUDGE


2845947