UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS;
VOSS USA, INC.;
ENERGY GROUP, AS; and
G ENERGY, INC.,

                    *Plaintiffs*,

          -against-

REVTECH, INC. and DECO PATENTS, INC.,

         *Defendants and Counterclaim*
         *Plaintiffs,*

          -against-

SOUTHERN WINE & SPIRITS OF AMERICA,
REPUBLIC NATIONAL DISTRIBUTING
COMPANY, STARWOOD HOTELS AND
RESORTS WORLDWIDE, INC., FOUR
SEASON'S HOTELS, ALABAMA CROWN,
ALLAN S. GOODMAN, INC., TRANSATLANTIC
WINE AND SPIRITS, CLASSIC WINE IMPORTS,
J. LEWIS COOPER, J&P WHOLESALE
IMPORTS, R&R MARKETING, MANHATTAN
BEER DISTRIBUTORS, BIG BLUE
DISTRIBUTORS, INC., CAVALLARO
SPECIALTY FOODS, INC., EMPIRE
DISTRIBUTORS OF NORTH CAROLINA,
GALAXY WINE COMPANY LLC, ORIGLIO
BEVERAGE, WILSBACH DISTRIBUTORS, R.S.
LIPMAN CO., GLAZER'S WHOLESALE
DISTRIBUTOR, NICHOLAS & CO. and NOBLE
WINES,

              *Additional Counterclaim*
              *Defendants.*
----------------------------------------X

Case No. 07 cv 7649

*AMENDED RULE 7.1*
*DISCLOSURE STATEMENT*

Pursuant to local Rule 7.1, we hereby certify, based upon information provided by defendants, that the corporate defendants do not have any corporate or other parents, subsidiaries or affiliates, securities or other interests in which are publicly held.

Dated:   New York, New York
         January 10, 2008

HELLER, HOROWITZ & FEIT, P.C.

By: _____
    Alan A. Heller (AH-7942)
*Attorneys for Defendants*
292 Madison Avenue
New York, New York 10017
(212) 685-7600

TO:   KING & SPAULDING, LLP
      *Attorneys for Plaintiffs*
      1185 Avenue of the Americas
      New York, New York 10036
      (212) 556-2100

      **OF COUNSEL:**

      John ("Jack") Clifford, Esq.
      MERCHANT & GOULD, P.C.
      3200 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402-2215
      (612) 332-5300