Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY  10036
212.556.2100
ksharkin@kslaw.com
Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS; and<br>G ENERGY, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>REVTECH, INC. and DECO PATENTS, INC.,<br><br>            Defendants. | **Civil Action No.**<br>**07 Civ. 7649 (LLS)** |

### NOTICE OF MOTION TO ADMIT REGINA V. CULBERT
### PRO HAC VICE IN THE ABOVE-CAPTIONED ACTION

PLEASE TAKE NOTICE that upon the affidavits of Keith E. Sharkin and Regina V. Culbert in support of this motion and Status Certificate annexed thereto we will move this Court before the Honorable Judge Louis L. Stanton at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York for an Order allowing the admission of Regina V. Culbert, an attorney with the firm of Merchant & Gould and a member in good standing of the Bar of Washington, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel for plaintiffs.

-2-

Dated:  February __7__, 2008          Respectfully submitted,

                                      /s/ Keith E. Sharkin
                                      Keith E. Sharkin
                                      KING & SPALDING LLP
                                      1185 Avenue of the Americas
                                      New York, NY  10036
                                      212.556.2100 (phone)
                                      212.556.2222 (fax)
                                      ksharkin@kslaw.com

Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
ksharkin@kslaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.;<br>VOSS PRODUCTIONS, AS;<br>VOSS USA, INC.;<br>ENERGY GROUP, AS; and<br>G ENERGY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>REVTECH, INC. and DECO PATENTS, INC.,<br><br>        Defendants. | **Civil Action No.**<br>**07 Civ. 7649 (LLS)** |

### AFFIDAVIT OF KEITH E. SHARKIN

STATE OF NEW YORK   )
                                         ss
COUNTY OF NEW YORK   )

Keith E. Sharkin, being duly sworn, deposes and says:

1. I am a member of the firm of King & Spalding LLP, attorneys for plaintiffs VOSS of Norway, A.S.A., et.al., in the above-captioned case (the "Plaintiffs").

2. I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Southern District of New York. I respectfully submit this affidavit in support of the application of Regina V. Culbert for an order, pursuant to Local Rule 1.3(c) of the Local Rules of this Court, admitting Regina V. Culbert of the law firm of

Merchant & Gould P.C., 701 Fifth Avenue, Suite 4100, Seattle, Washington 98104 to the Bar of this Court to argue and try, in whole or in part, the above-captioned case on behalf of the Plaintiffs.

3. The application for admission of Regina V. Culbert is annexed hereto. Ms. Culbert is duly admitted to practice in the State of Washington. Ms. Culbert is in good standing as a member of the Bar of Washington, as is certified by the Certificate of Good Standing dated February 5, 2008, issued by the Washington State Bar Association, annexed to the affidavit of Ms. Culbert.

4. Ms. Culbert is familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, she becomes subject to the disciplinary jurisdiction of this Court.

5. A proposed order is annexed hereto for the Court's convenience.

WHEREFORE, deponent respectfully requests that the motion for admission of Regina V. Culbert *pro hac vice* be granted.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　Keith E. Sharkin

Sworn to before me this 7th
day of February, 2008

＿＿＿＿＿＿＿＿＿＿＿＿
Notary Public

JOHN C. McCULLOUGH
Notary Public, State of New York
No. 01-4905111
Qualified in New York County
Commision Expires Oct 18, 199
1-30-2010

Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
ksharkin@kslaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.; ) <br> VOSS PRODUCTIONS, AS; ) <br> VOSS USA, INC.; ) <br> ENERGY GROUP, AS; and ) <br> G ENERGY, INC., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> REVTECH, INC. and DECO PATENTS, INC., ) <br>   ) <br>   Defendants. ) | **Civil Action No.** <br> **07 Civ. 7649 (LLS)** |

### AFFIDAVIT OF REGINA V. CULBERT

STATE OF WASHINGTON )
                     )
COUNTY OF KING       )

Regina V. Culbert, being duly sworn, deposes and says:

1. I am of counsel with the firm Merchant & Gould P.C., 701 Fifth Avenue, Suite 4100, Seattle, Washington 98104, attorney for Plaintiffs VOSS of Norway, ASA, et al., in the above-captioned case (the "Plaintiffs"). I submit this affidavit in support of my application for admission to the Bar of this Court *pro hac vice* to argue and try, in whole or in part the above-captioned case on behalf of the Plaintiffs.

2. I am duly admitted to practice in the State of Washington. I am in good standing as a member of the State Bar of Washington, as is certified by the annexed Status Certificate from the Washington State Bar Association, dated February 5, 2008. I have never been disciplined or disbarred in any Court.

3.   I have previously applied for admission to this Court *pro hac vice* in a prior case for the Plaintiffs, and that application was granted. See *Voss v. Enoitalia*, Civil Action No. 05-Civ-8061 RMB.

4.   I am fully familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, I become subject to the disciplinary jurisdiction of this Court.

WHEREFORE, I respectfully request that the motion for my admission *pro hac vice* be granted.

Dated: Feb 6, 2008

Regina V. Culbert

STATE OF WASHINGTON )

COUNTY OF KING           )

On this 5th day of February, 2008, before me personally appeared to me known and known to me to be the person described in and who executed the foregoing instrument, and he duly acknowledged to me that he executed the same for the uses and purposes therein set forth.

NOTARY PUBLIC

MY COMMISSION EXPIRES: February 28, 2010



2

# STATUS CERTIFICATE

This certifies that

# REGINA VOGEL CULBERT

was admitted to the Bar of the State of Washington on July 10, 2000, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of February 5, 2008.

*[signature]*

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
ksharkin@kslaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.; VOSS PRODUCTIONS, AS; VOSS USA, INC.; ENERGY GROUP, AS; and G ENERGY, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>REVTECH, INC. and DECO PATENTS, INC., <br><br>　　　　　Defendants. | **Civil Action No.** <br> **07 Civ. 7649 (LLS)** <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE OF** <br> **REGINA V. CULBERT** <br> **ON WRITTEN MOTION** |

Upon the motion of Keith E. Sharkin, attorney for plaintiffs and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDER THAT**

| | |
|---|---|
| Applicant's Name: | Regina V. Culbert |
| Firm Name: | Merchant & Gould P.C. |
| Address: | 701 Fifth Avenue |
| | Suite 4100 |
| City/State/Zip: | Seattle, Washington 98104 |
| Phone Number: | (206) 342-6200 |
| Fax Number: | (206) 342-6201 |
| Email Address: | rculbert@merchantgould.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February ____, 2008

                                                                                                         _____
Honorable Louis L. Stanton
United States District Judge

## CERTIFICATE OF SERVICE

I, Keith E. Sharkin, hereby certify that on this 7th day of February, 2008, a true copy of the foregoing Notice of Motion and the Accompanying Affidavits of Keith E. Sharkin and Regina V. Culbert were served upon the following counsel of record by First Class mail:

> Alan A. Heller, Esq.
> Heller, Horowitz & Feit, P.C.
> 292 Madison Avenue
> New York, NY 10017

Dated:  New York, New York
        February 7, 2008

_____
Keith E. Sharkin