## CERTIFICATE OF SERVICE

I, Steven T. Snyder, hereby certify that on February 15, 2008, I caused to be electronically filed the within and foregoing Plaintiffs' Reply To Defendants' Counterclaims with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Alan A. Heller, Esq.
> Heller, Horowitz & Feit, P.C.
> 292 Madison Avenue
> New York, NY  10017
> aaheller@hhandf.com
> ***Counsel for Defendant RevTech, Inc.***

> Respectfully submitted,
>
> /s/ Steven T. Snyder
> Steven T. Snyder