## **CERTIFICATE OF SERVICE**

I, Steven T. Snyder, hereby certify that on February 15, 2008, I caused to be electronically filed the within and foregoing Answer of Counterclaim Defendants to Counterclaims with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Alan A. Heller, Esq.
>Heller, Horowitz & Feit, P.C.
>292 Madison Avenue
>New York, NY  10017
>aaheller@hhandf.com
>***Counsel for Defendant RevTech, Inc.***

>Respectfully submitted,
>
>*/s/ Steven T. Snyder*
>Steven T. Snyder