## **CERTIFICATE OF SERVICE**

I, Natasha N. Reed, hereby certify that I am over the age of 18 years, not a party to this action, and that on February 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing Answer Of Counterclaim Defendants To Counterclaims with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the following attorneys of record:

>Alan A. Heller
>Heller, Horowitz & Feit, P.C.
>292 Madison Avenue
>New York, NY 10017
>aaheller@hhandf.com
>***Attorneys for Defendants***

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         February 15, 2008

>/s/ Natasha N. Reed
>Natasha N. Reed

60219687_1.DOC