Keith E. Sharkin
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
ksharkin@kslaw.com
212.556.2100
*Counsel for Plaintiffs and Certain Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VOSS OF NORWAY, ASA;** <br> **VOSS PRODUCTION, AS;** <br> **VOSS USA, INC.;** <br> **ENERGY GROUP, AS; and** <br> **G ENERGY, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **REVTECH, INC. and DECO PATENTS, INC.,** <br><br> **Defendants and** <br> **Counterclaim Plaintiffs,** <br><br> v. <br><br> **SOUTHERN WINE & SPIRITS OF AMERICA, et al.,** <br><br> **Counterclaim Defendants.** | **Civil Action No. 07 Civ. 7649 (LLS)** |

## AMENDED CERTIFICATE OF SERVICE

I, Steven T. Snyder, hereby certify that on February 15, 2008, I caused to be electronically filed *Plaintiffs' Reply to Defendants' Counterclaims* (document #20) and *Answer of Counterclaim Defendants to Counterclaims* (document #21) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Alan A. Heller, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
aaheller@hhandf.com
***Counsel for Defendants RevTech, Inc. and Deco Patents, Inc.***

I Steven T. Snyder, hereby also certify that on February 15, 2008, I served *Plaintiffs' Reply to Defendants' Counterclaims* (document #20) and *Answer of Counterclaim Defendants to Counterclaims* (document #21) upon the following counsel of record via UPS:

Jeff H. Galloway, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482
Phone: (212) 837-6000
Fax: (212) 422-4726
***Counsel for Counterclaim Defendants J&P Wholesale Imports; Manhattan Beer Distributors; Southern Wine & Spirits of America; and Transatlantic Wine & Spirits.***

Respectfully submitted,

_____
Steven T. Snyder