ORIGINAL



Keith E. Sharkin
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
ksharkin@kslaw.com
Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOSS OF NORWAY, A.S.A.; VOSS PRODUCTIONS, AS; VOSS USA, INC.; ENERGY GROUP, AS; and G ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REVTECH, INC. and DECO PATENTS, INC., <br><br> Defendants. | Civil Action No. <br> 07 Civ. 7649 (LLS) <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF REGINA V. CULBERT ON WRITTEN MOTION** |

Upon the motion of Keith E. Sharkin, attorney for plaintiffs and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDER THAT**

| | |
|---|---|
| Applicant's Name: | Regina V. Culbert |
| Firm Name: | Merchant & Gould P.C. |
| Address: | 701 Fifth Avenue |
| | Suite 4100 |
| City/State/Zip: | Seattle, Washington 98104 |
| Phone Number: | (206) 342-6200 |
| Fax Number: | (206) 342-6201 |
| Email Address: | rculbert@merchantgould.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

-2-

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February 27, 2008

                                   /s/ Louis L. Stanton
                                   Honorable Louis L. Stanton
                                   United States District Judge

## CERTIFICATE OF SERVICE

I, Keith E. Sharkin, hereby certify that on this 7th day of February, 2008, a true copy of the foregoing Notice of Motion and the Accompanying Affidavits of Keith E. Sharkin and Regina V. Culbert were served upon the following counsel of record by First Class mail:

> Alan A. Heller, Esq.
> Heller, Horowitz & Feit, P.C.
> 292 Madison Avenue
> New York, NY 10017

Dated: New York, New York
February 7, 2008

_____
Keith E. Sharkin