UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS; VOSS USA, INC.;
ENERGY GROUP, AS; and G ENERGY, INC.,

    *Plaintiffs,*

  -against-

REVTECH, INC. and DECO PATENTS, INC.,

    *Defendants and Counterclaim Plaintiffs,*

  -against-

SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES,

    *Additional Counterclaim Defendants.*
------------------------------------- x

Case No. 07-CV-7649 (LLS)

**APPEARANCE**

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel of record on behalf of the Defendants and Counter-Plaintiffs, RevTech Inc. and Deco Patents, Inc. I certify that I am admitted to practice law before this Court.

Dated:     New York, New York
           April 28, 2008

                          CROSBY HIGGINS LLP

By:     /s/ Todd A. Higgins
       Todd A. Higgins, Esq. (TH 7920)
       350 Broadway, Suite 300
       New York, NY 10013
       Ph: (646) 452-2300
       Fx: (646) 452-2301
       *Attorneys for Defendants and*
       *Counterclaim Plaintiffs*