ORIGINAL
Case 1:07-cv-07649-LLS   Document 27   Filed 04/29/2008   Page 1 of 4
STANTON, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS;
VOSS USA, INC.;
ENERGY GROUP, AS; and
G ENERGY, INC.,

*Plaintiffs*,

-against-

REVTECH, INC. and DECO PATENTS, INC.,

*Defendants and Counterclaim Plaintiffs,*

-against-

SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, BIG BLUE DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES,

*Additional Counterclaim Defendants.*

------------------------------------X

Case No. 07 cv 7649

STIPULATION OF
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Heller, Horowitz & Feit, P.C. hereby withdraws and is relieved as counsel for Defendants and Counterclaim Plaintiffs RevTech Inc. and Deco Patents Inc. and that Crosby & Higgins LLP is and shall hereby be substituted as counsel in its stead.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or electronically mailed copy of counsel's signature shall be deemed the original for filing with the Court. This Stipulation may be signed in counterparts.

Dated:    New York, New York
         April 22, 2008

| | |
|---|---|
| **CROSBY & HIGGINS LLP** | **HELLER, HOROWITZ & FEIT, P.C.** |
| By: _____ | By: _____ |
| Todd A. Higgins | Alan A. Heller |
| 350 Broadway, Suite 300 | 292 Madison Avenue |
| New York, NY 10013 | New York, New York 10017 |
| Tel: (646) 452-2304 | Tel: (212) 685-7600 |
| Fax: (646) 452-2301 | Fax: (212) 696-9459 |
| Email: thiggins@crosbyhiggins.com | Email: aaheller@hhandf.com |

**SO ORDERED:**

_Louis L. Stanton_
U.S.D.J.
4/25/08

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| VOSS OF NORWAY, ASA; <br> VOSS PRODUCTION, AS; <br> VOSS USA, INC.; <br> ENERGY GROUP, AS; and <br> G ENERGY, INC., | Case No. 07 cv 7649 <br><br> *RULE 1.4 AFFIDAVIT* |

*Plaintiffs*,

-against-

REVTECH, INC. and DECO PATENTS, INC.,

*Defendants and Counterclaim Plaintiffs*,

-against-

SOUTHERN WINE & SPIRITS OF AMERICA, REPUBLIC NATIONAL DISTRIBUTING COMPANY, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., FOUR SEASON'S HOTELS, ALABAMA CROWN, ALLAN S. GOODMAN, INC., TRANSATLANTIC WINE AND SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS COOPER, J&P WHOLESALE IMPORTS, R&R MARKETING, MANHATTAN BEER DISTRIBUTORS, BIG BLUE DISTRIBUTORS, INC., CAVALLARO SPECIALTY FOODS, INC., EMPIRE DISTRIBUTORS OF NORTH CAROLINA, GALAXY WINE COMPANY LLC, ORIGLIO BEVERAGE, WILSBACH DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S WHOLESALE DISTRIBUTOR, NICHOLAS & CO. and NOBLE WINES,

*Additional Counterclaim Defendants*.

----------------------------------------X

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

ALAN A. HELLER, being duly sworn, deposes and says:

1. I am a member of the Firm of Heller, Horowitz & Feit, P.C., attorneys for defendants and counterclaim plaintiffs RevTech, Inc. and Deco Patents, Inc. I make this affidavit pursuant to Local Rule 1.4.

2. I have been informed by defendants and counterclaim plaintiffs that in order for them to continue to fund this litigation it is necessary for them to retain other counsel.

3. In addition, this Firm and defendants have been having a difference of opinion over strategy.

4. Currently this case is in the early stages of discovery. No depositions have been held and only defendants and counterclaim plaintiffs have served document discovery responses. The discovery cut off is in December, 2008 and the pre-trial order is due in February, 2009. Accordingly, there is no prejudice to any of the parties.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Stipulation for withdrawal of this Firm from this action and substitution of Crosby & Higgins, LLP as counsel for the defendants and counterclaim plaintiffs be so ordered and entered by the Court.

_____
ALAN A. HELLER (AH-7942)

Sworn to before me this
23rd day of April, 2008

_____
Notary Public

2