ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

VOSS OF NORWAY, ASA;
VOSS PRODUCTION, AS; VOSS USA, INC.;
ENERGY GROUP, AS; and G ENERGY, INC.,

        *Plaintiffs,*

    -against-

REVTECH, INC. and DECO PATENTS, INC.,

        *Defendants and Counterclaim*
        *Plaintiffs,*

    -against-

SOUTHERN WINE & SPIRITS OF AMERICA,
REPUBLIC NATIONAL DISTRIBUTING
COMPANY, STARWOOD HOTELS AND
RESORTS WORLDWIDE, INC., FOUR SEASON'S
HOTELS, ALABAMA CROWN, ALLAN S.
GOODMAN, INC., TRANSATLANTIC WINE AND
SPIRITS, CLASSIC WINE IMPORTS, J. LEWIS
COOPER, J&P WHOLESALE IMPORTS, R&R
MARKETING, MANHATTAN BEER
DISTRIBUTORS, INC., BIG BLUE
DISTRIBUTORS, INC., CAVALLARO SPECIALTY
FOODS, INC., EMPIRE DISTRIBUTORS OF
NORTH CAROLINA, GALAXY WINE COMPANY
LLC, ORIGLIO BEVERAGE, WILSBACH
DISTRIBUTORS, R.S. LIPMAN CO., GLAZER'S
WHOLESALE DISTRIBUTOR, NICHOLAS & CO.
and NOBLE WINES,

        *Additional Counterclaim*
        *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Case No. 07-CV-7649 (LLS)

**STIPULATION OF
WITHDRAWAL AND
SUBSITUTION OF
COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that Crosby & Higgins LLP hereby withdraws and is relieved as counsel for Defendants and Counterclaim Plaintiffs RevTech. Inc. and Deco Patents Inc., and that Pearl Cohen Zedek Latzer LLP is and shall hereby be substituted as counsel in its stead.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or electronically mailed copy of counsel's signature shall be deemed the original for filing with the Court. This stipulation may be signed in counterparts.

Dated: New York, NY
       August 14, 2008

CROSBY & HIGGINS LLP

By: _____
Todd A. Higgins

350 Broadway, Suite 300
New York, NY 10013
Tel: (646) 452-2304
Fax: (646) 452-2301
Email: thiggins@crosbyhiggins.com

PEARL COHEN ZEDEK LATZER LLP

By: _____
Lee A. Goldberg
Nathaniel B. Buchek

1500 Broadway 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
Email: LeeG@pczlaw.com
       NathanB@pczlaw.com

Louis L. Stanton
8/15/08