```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
VOSS OF NORWAY, ASA et al.,

            Plaintiffs,                ORDER

    - against -                        07 civ. 7649 (LLS)

REVTECH, INC. et al.,

            Defendants.
------------------X
```

Plaintiffs having withdrawn their motion (Docket No. 8) to admit Luke Anderson Esq. as pro hac vice counsel for plaintiffs, the motion is dismissed.

So ordered.

Dated: New York, NY
       August 28, 2008

                                            *Louis L. Stanton*
                                            Louis L. Stanton
                                            U.S.D.J.